UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 12-3249

_____

MARK LEYSE,
          *Appellant*

v.

BANK OF AMERICA, NATIONAL ASSOCIATION

_____

On Appeal from the United States District Court
for the District of New Jersey

_____

(D.N.J. No. 2-11-cv-07128)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  McKEE, *Chief Judge*, SMITH and GREENAWAY, Jr., *Circuit Judges*.


          The petition for rehearing filed by Mark Leyse, Appellant in the above-

entitled case having been submitted to the judges who participated in the decision of this

Court, it is hereby O R D E R E D that the petition for rehearing by the panel is granted.

The prior opinion and judgment are vacated.  A subsequent opinion and judgment will be

entered.

By the Court,


Theodore A. McKee
Chief Judge




Dated:      October 3, 2013
SLC/cc:     Todd C. Bank
            Aytan Y. Bellin
            David J. Fioccola
            Adam J. Hunt
            Mark P. Ladner
            Kyle W.K. Mooney